**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MARILYN COLEY and ANTONIO COLEY                                                PLAINTIFFS

v.                                       No. 4:10CV01870 JLH

ACCREDITED HOME LENDERS, INC.;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., as Nominee for Accredited
Home Lenders, Inc.; and HSBC HOME
MORTGAGE SERVICES, INC.                                                        DEFENDANTS

## ORDER

Separate defendant Shapiro & Kirsch, LLP, has filed an unopposed motion to dismiss the claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6).  Document #11.  The defendant's motion to dismiss is GRANTED, and separate defendant Shapiro & Kirsch, LLP, is hereby dismissed with prejudice from this action.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE