**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MARILYN COLEY and ANTONIO COLEY            PLAINTIFFS

v.            No. 4:10CV01870 JLH

ACCREDITED HOME LENDERS, INC;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., as Nominee for Accredited
Home Lenders, Inc.; and HSBC MORTGAGE
SERVICES, INC.            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Marilyn Coley and Antonio Coley, other than their claims for fraud, are dismissed with prejudice. The claims of Marilyn Coley and Antonio Coley for fraud are dismissed without prejudice. This action is therefore dismissed in its entirety.

IT IS SO ORDERED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE